CHARLES F. BALDWIN et al., Respondents, *v.* HENRY W. SCHOONMAKER et al., Appellants.

*Appeal — order of Appellate Division restraining arrest on execution against person pending appeal — appeal to Court of Appeals dismissed.*

*Baldwin* v. *Schoonmaker*, 220 App. Div. 747, appeal dismissed.
(Argued June 22, 1927; decided July 20, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 11, 1927, which granted a motion by defendants for an order restraining their arrest on an execution against the person pending the hearing and determination of an appeal to the Appellate Division.

*James M. E. O'Grady* and *James D. Harris* for appellants.

*Paul Folger* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.